FILED
2019 JAN 18 PM 2:37

BY: /s/

1. Name: Arika Avasha Hayes Matelyan
2. Address: 1733 N. Wilton Place #7
3. LA. CA. 90028
4. Phone: (510) 302-5366
5. Plaintiff In Pro Per _Arika Avasha Hayes Matelyan_

No CV-30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Arika Avasha Hayes Matelyan
Swiss Barbie Bene.,

PLAINTIFF,
Monami Entertainment
vs. Belcalis Marlenis
Almanzar, AKA
Cardi B, ET, AKA Bardi C.,
Onika T Maraj, AKA Nicki
Minaj ET, Kanye West ET
And Sean Carter ET Jay Z.
Mona Scott Young ET
Viacom. DEFENDANT(S).
Youtube, Collin Carter
Hollywood W. Hotel ET T I, ET, Clifford Joseph Harris JR.
Aubrey ET
Drake ET. ATL
Graham
Migos Kiari
Kendrell and Black China ET

Case No. CV19-00426-MWF-JPR
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____
_____

Jury Trial Demanded
AND Discovery.

I. JURISDICTION

1. This Court has jurisdiction under Western. Division.
Discovery, INSide Trader deals, pay offs,
Ehibits, Trans mution, Hayes code,
FCC, likeness, similarity.
Aff. Infrigment. Smoking Gun

(Copyright.) Song date after, Smoking Gun
Infrigment. Copy rights, and material, Defered payment
Remixing writings, Capitizum
Reproduction Realisum
Pro Se Clinic Form  Page Number  Domoney

Parody, Satire, Oxymoron. Jan 17, 2019

1

## FOURTH CAUSE OF ACTION

Likeness Infrigment Celution DISplver

(As against Defendant(s): NICKI megnaj AKA Barbie
Cardi BFT AKA Barb, Seancarter ET
Keenye west ET Jay-Z E mona Scott Yamg ET )

Viacom, ET, Yootube, Collin Carter, DISCOVery. propuganda, Hypoperay & Domocracy, SATIRE, Paroly. Theft, TRansmittion, Re production, DISCOVery, reproducing, copy rights-enfrigment, copy rights, plagerizum. Theft. id. theft. DISCOVery mixing up the world. inside trader deal Constututional right Celution psyco pathic bee Social anxiaty wanta Bee Be Stalking conspercay formulu, Rapping off lyric, Song, Brand, Brand name. Copiny formulars. likeness, likeness Brand likeness, song likeness Name likeness Style likeness. formulars likeness

INSide Trader deal. DISCOVery. Stylist Tameka falser Stalking collin carter my Cousin Text proof Shows and we can Supeonia her tamikh Raymon falser. Stylist IS my cousin friend

DRake ET. For copy right infrigment, likeness God's plan wrote by sucin Barbie Bore Symbery Anika Hayes matelyjan Discovery.

migo's Singing Groeop, copy right infrigment targeting attacking Hollyweed The W. Hotel ET - Discremination Discovery. Hateful Treatment targeted by migo's Rap Groop at the W. Hotel, Security

**SECOND CAUSE OF ACTION**

( Identity theft likeness DISCOVERY)
insert title of cause of action

(As against Defendant(s): Cardi B ET AKA Barbie, ONIKA manage NICKI minaj AKA Barbie, Kanye West ET, Sean carter ET )

CV127974 when Jay-Z Mona scott Young ET Viacom, Youtube, Collin carter, Discovery

① Insert ¶ # Cardi B and Nicki minaj for likeness and lyric to songs, likeness, as well as Lyric,
on Behavior of a copy line,
copy song, I've done.
She done, Names, marketing
Brand promotion comfussian
the public eye. Formalus.

② Insert ¶ # Katty perry for Swish Bish.
VS Swiss Barbie Bone close line
Swiss Barbie Bone Bitch.
likeness Close Symilary
to the Same Name.
Swish Bish Swiss Barbie Bone Bitch

③ Insert ¶ # SATIRE and parody, DISCOVERY

Mona Scott Young for the TV Show
Love and Hip Hop. VS Book wrote, and
on line R.U.A. Real pimp or have gone
and don't no what to do with it
Identify your self.
As well As I was TRICK By A DICK
the Second Book combined
SATIRE and parody. likeness Same to Same.
All this is TRUE    3    DISCOVERY
and not privaless.                      CV1279728 WW
But Smoking Gun Shows.
Jury trail

## THIRD CAUSE OF ACTION

Discovery Bullying Stalking Cyber Stackers
*insert title of cause of action*

(As against Defendant(s): CARDI B, AKA Barbie, ONIKA Marage, AKA Nicki Minaj, Kanye West, ET )

Sean Carter, AKA Jay-Z ET. Mona Scott Young, ET, Viacom, Youtube, Collin Carter

*Insert ¶ #* Discovery Smoking Gun
VIACOM They own the Artist and provide the Tranmittion as for as TV. Air, Radio, ADD. Marketing, Promotion, fooling the world, Accomplish to the plot Responsible for this person or Person

*Insert ¶ #* listed Award Shows. TV Show Transmittions 1-7. Discovery
Kanye west and Jay-Z ET Discovery for lyric to song, I'm that bitch - VS Nigga in paris, I'm crazy I'm psyco, I'm Dino, I'm methoden. Youtube. That shit so crazy.

*Insert ¶ #* for INside TRADE Deal Relating material for another artist use of likeness / Name, Brand, and video image likeness Song lyric, and Tranmittion Newtralligy. Net New trailigy Slowing down and Hacking Sosy. tracking throw cookie air ways frequency modules. Discovery

—— 4 ——
TI ET Rapper for song Copy Right You can't bring me down. infrigment

## II. VENUE

2. Venue is proper pursuant to Theft, Copy right enfrigment likeness, colution, Inside traders Deal, vialating constitional rights & violation of copy rights, FCC. Rulles. copy right Laws. Sonny Bonno 1978

1-14 Amededi Rights & Discovery

## III. PARTIES

3. Plaintiff's name is ARIKA AVASha Hayes Mateleyan Et. Plaintiff resides at: AKA Swiss Barbie Bone  Discovery platfoorm such as social media viacom TV show and and award. transmtuen, Re-write, re recordo- Reproduction, Re Produced, Re-promoted

4. Defendant coping plaintiff marketing and promotion plain for there own use lyric and likeness to Brand confussing the world By Name. Belcalis Marlers Almanzak AKA Cardi B. ET, AKA Barbe.

Defendant.

5. Defendant Collin, Carter her stylist Cardi B. Stylist Discovery Kanye west, AND Sean carter ET Jay-Z for song, I'm Crazy, I'm psyco, I'm miko, methodon, on, and on, TIC toc, They Shit so Crazy. 1998 Swiss Barbie Bone Register with SAG, if Cardi B is 25 that make her 5 year old when Swiss Barbies Bene created the brand and Branding and NICKI manag was 10 years old when she was Birth in 1998

Pro Se Clinic Form — Page Number 5

## IV. STATEMENT OF FACTS

Discovery

1. It is a fact that I've been Swiss Barbee Bone. That is in, movie, acting, screen actor guild. Write song, scripts, and Book, TV shows Shows, movies Televson Radio media personality. It is a fact that I have copy rights on file. And it is a fact plaintiff hold copy right to song or have correct pay Homage to artist that have pass or that was before me, or my time

2. Fact plaintiff Hold Smoking Gun. the Courts Chris Boyer and the other Chris, Derick and the Clerk are my witness. Youtube. In Side trader Deal. 1998, Cardi B, was 5 year old, If she is 25 year of age now. I never seen anything like this Scence. Lee Armstrong: The man who restored. FM Radio Frequency manduls. Newtrality Newtrons, Newrons; implanted

3. transmitions, have been transmitted all over the world, 000 - 1111 frequency maldsels. Amp modules FM and AM. Name Swiss Burbic Bone promoted the Brand, promoted the Brand. Created that fumula. As a Rapper a Black Woman. for year. Then copying with no content copy using Swiss Barbie Bone fumula. Brand Transmition promotion Then inside Trade Deal. and is on line Bragging which is Bullying, teasing SATIRE parody All this is True, AND Fact, and we have proof

1. Defendant Cardi B. AKA Bardia.
   ET.
   likeness,
   Songs, lyrics Symbolertys
   playerizing Inside tradernip, Brand Name likeness
   inpersonaty celoration, Branding, marketing
   Replicating, Conspiracy, theft. Id. theft Social

2. Defendant Onika manage ET AKA Barbie. psysolpathi
   ET Transmtion 1-7 No Regulation
   likeness, songs,
   lyrics. likeness,
   Brand Name.
   Branding, marketing

3. Defendant Kanya West ET Transmtion frequency 111 000
   Nigga In parris likeness
   The song, Transmtion frequency and A
   Lyrics, and Beat, That shit so
   crazy, I'm crazy, I'm psyco, I'm like like I'm
   mice, I'm method on and on, I'm tic, toc, it a clock

4. Defendant Sean Cartar. ET AKA
   Jay-Z
   Nigga in paris The song, Repplicating
   That shit so Lyric's, and beat.
   crazy as transmitions
   on viacoms media
   inside trade deal
   Out Lets.
   youtube Out
   Let as well.
   Branding, Symilarity
   Brand Name
   marketing

## II. VENUE

2. Venue is proper pursuant to _infringment_
_likeness, compy rights,_
_laws, coalition,_
_conspiracy, inside_
_theft, trader deals, 1-14 Amended_
_Rights_
_Satire_
_Parody_
_Tranmition_
_matelycen_

## III. PARTIES

3. Plaintiff's name is _Arika Avasha Hayes_. Plaintiff resides at: AKA _Swiss Barbie Bone._
_The Copy right_
_and likeness Holder_

4. Defendant _Mona Scott Young_
_For the Love and Hip Hop the_
_TV Show_
_Copy rights, Insider Trade Deals,_
_Likeness, Brand Theft,_
_Plagerizing, Conspiracy._

5. Defendant _Viacom., AND Youtube,_
_Collin Carter - Cardi B and Nicki Manaj_
_Stylist. that stocks my style_
_and likeness_
_7_

Pro Se Clinic Form      Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Jan. 17, 2019

Sign: _[signature]_

Print Name: Arika Avasha Hayes mchelyan
Swiss Barbie Bone
Plaintiff in pro per

_[signatures]_

15
Page Number

Pro Se Clinic Form

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests: 200. Million $ Dollars. From each person.

1. Cardi B. ET - AKA Bardia.
    *Insert ¶ #*

200. Million $
2. ONIKA manage ET AKA Nicki manaj Barbie.
    *Insert ¶ #*

200 million $
3. Kanye West ET AND
    *Insert ¶ #*
200 million & Sean Curter, ET AKA Jay-Z

200 million $ Mona Scott Young.
4.
    *Insert ¶ #*
200 million & Viacom and Youtube. 200 million $

Pro Se Clinic Form

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Copy right infrigment theft I D Theft
*insert title of cause of action*

(As against Defendant(s): Cardi B., ET AKA Burdia. ONIKA Marage ET AKA Barbie, Kanye west ET, Sean Carter ET AKA Jay-Z, Mona Scott Young, viacom,) ⅓ Youtube,)

Likeness Likeness, Likeness, inside trader Deal, copy rights, likeness, copy right infrigment, transmition, Reproduction, Remixing, Reproducing, Similaritys, Satire, Parodey, Oxymorron, Targeting, Bulling, Me Too movement, Hate on a woman, Discrimination, Insider Trade, Deal, ID theft, peircy Theft NET ACT

Pro Se Clinic Form

17
Page Number

1/18/2019







swiss barbie bone pop star diva
swissbarbiebonepopstardiva.yolasite....

bone original song befor the copy cat ...
dailymotion.com



Swiss barbie bone - Home | Facebook
facebook.com

hard jerk me swiss barbie bone ...
youtube.com



This IS A Fourmula Created By Swiss Barbie Bone 20 Year ago



who mad yah bitch | swissbarbiebone
swissbarbiebone1.bandcamp.com

EX 23
Copied likeness





Swiss Barbie Bone - TMZ - YouTube
youtube.com



barnesandnoble.com

Favorite Paperbacks: Buy 2, Get the 3rd Free

# BARNES & NOBLE

# vertabra pussy power sci-fi book by swiss barbie bone

by swiss barbie bone hayes matelyan

0 Reviews

EX-5



Swiss Barbie Bone
Book, Film, Media Personality & Writing
(510) 302-5366
swissbarbiebonepopstardiva@yolasite.com



**ADD TO CART**

$16.00

| Following | You |

EXHibit-2
SiC

Behavior
pattern,
STalking

Transmition
social
media.

The coorts
Don't want
to look but
She Do,
AND I have
to block this
Chick every
day.

This
IS
BardiB.
She copied
this as
well
after


 **iamcadiib** commented: Okkurrrrrrrrrr 2h 

SiCi

 **iamcadiib** commented: That's my bitch okkurrrrrrrrrr 2h 

 **twixxmixx77, drumboyjeff** and **3 others** liked your post. 2h 

 **twixxmixx77, the_ceo_official** and **ohmori4458** liked your post. 2h 

 **twixxmixx77, nik__chauhan_2085** and **3 others** liked your post. 2h 

 **twixxmixx77** and **drumboyjeff** liked your post. 2h 

 **twixxmixx77, drumboyjeff** and **3 others** liked your post. 2h 

 **twixxmixx77, ohmori4458** and **3 others** liked your post. 2h 

 **twixxmixx77, the_ceo_official** and **4 others** liked your post. 2h 

 **twixxmixx77, nik__chauhan_2085** and **3 others** liked your post. 2h 

 **twixxmixx77, datmodelchic** and **5** 

    





EX-10

